01
02
03
04
05
06
07                          UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
08                                     AT SEATTLE

09  PAUL K. SOLBERG,                      )
                                          )   CASE NO. C12-5904-RSM-MAT
10          Plaintiff,                    )
                                          )
11          v.                            )
                                          )   REPORT AND RECOMMENDATION
12  CAROLYN W. COLVIN, Acting             )
    Commissioner of Social Security,      )
13                                        )
            Defendant.                    )
14  _____ )

15      Plaintiff brought this action to seek judicial review of the denial of his applications for

16  Disability Insurance Benefits and Supplemental Security Income by the Commissioner of the

17  Social Security Administration. The parties have now stipulated that this case should be

18  reversed and remanded. (Dkt. 19.)

19      Based on the stipulation of the parties, the Court recommends this case be REVERSED

20  and REMANDED for further administrative proceedings pursuant to sentence four of 42

21  U.S.C. § 405(g). The parties stipulate that, on remand, the Administrative Law Judge (ALJ)

22  will: (1) reassess the severity of plaintiff's impairments; (2) give further consideration to the

REPORT AND RECOMMENDATION
PAGE -1

medical opinions of record, including the opinions of Drs. Hilby, Thompson, and Francis, and articulate what weight is given to each; (3) re-evaluate step three of the sequential evaluation; (4) re-evaluate plaintiff's residual functional capacity assessment; and (5) reassess steps four and five with the assistance of a vocational expert, if necessary.   Upon proper presentation, the Court will consider plaintiff's application for attorney's fees and expenses under 28 U.S.C. § 2412(d), and costs under 28 U.S.C. § 1920.

Given the above, the Court recommends that United States District Judge Ricardo S. Martinez immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).   A proposed order accompanies this Report and Recommendation.

DATED this 20th day of March, 2013.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2